FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG - 7 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | NO. 1:19-CR-119 |
| | § | Crone/Hawthorn |
| SALVADOR GARCIA, JR. | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

(Violation: 18 U.S.C. § 751(a),
Escape From Custody)

On or about July 12, 2019, in Jefferson County, Texas, located in the Eastern District of Texas, the defendant, **Salvador Garcia, Jr.**, did knowingly escape from the custody of the Federal Bureau of Prisons, where the defendant was lawfully confined at the direction of the Attorney General, by virtue of a judgment of conviction for a felony offense by the United States District Court for the Southern District of Texas, for violating 21 U.S.C. § 846, conspiracy to possess with intent to distribute 4,017.55 kilograms of marihuana.

All in violation of 18 U.S.C. § 751(a).

A TRUE BILL

GRAND JURY FOREPERSON

JOSEPH D. BROWN
United States Attorney

*[signature]*

Joseph R. Batte
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | NO. 1:19-CR 119 |
| SALVADOR GARCIA, JR. | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 751(a)

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both, a term of supervised release of not more than (3) years.

Special Assessment: $100.00