United States District Court
Southern District of Texas
**ENTERED**
December 09, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § § | CASE NO. 7:19-mj-03002-01 |
| **SALVADOR GARCIA, JR.** | | |

## ORDER

The Court, having considered the Waiver of Identity and Detention Hearings of the Defendant, Salvador Garcia, Jr., in the above styled and numbered cause, submitted in open court after consultation with Counsel on December 9, 2019, finds that Salvador Garcia, Jr. is the same individual set forth in the Indictment handed down by a grand jury in the Eastern District of Texas-Beaumont Division in Case No. 1:19-cr-119-MAC-ZJH.

Due to waiver of Identity and Detention Hearings, Salvador Garcia, Jr. is to be detained and transported to the prosecuting district where the case is pending pursuant to the Commitment to Another District issued in this matter on same date.

**DONE** this the 9th day of December 2019 at McAllen, Texas.

Juan F. Alanis
United States Magistrate Judge