IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:19-CR-119 |
| v. | § | (Hon. Marcia Crone) |
| | § | |
| SALVADOR GARCIA, JR. | § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count One of the indictment with a violation of 18 U.S.C. § 751(a), that makes it a federal crime for a federal inmate to escape from a federal facility.

For you to be found guilty of such offense, the government must prove each of the following elements of the offense, beyond a reasonable doubt:

<u>First</u>       That you were, at the time stated in the indictment, in federal custody;

<u>Second</u>:   That at such time you were in federal custody due to a lawful conviction on for an offense, namely a federal felony offense, as described in the indictment;

<u>Third</u>:    That you left or attempted to leave federal custody without permission; and,

<u>Fourth</u>:   That you knew, at such time, that leaving would result in your absence from custody without permission.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY


/s/ Joseph R. Batte
JOSEPH R. BATTE
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia, Suite 150
Beaumont, Texas  77701
(409) 839-2538
(409) 839-2550 (fax)
email: joe.batte@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent by ECF notification to counsel of record for each defendant listed herein on the date of the electronic filing of this document.


/s/ Joseph R. Batte
JOSEPH R. BATTE
Assistant United States Attorney

**Elements 18 U.S.C. § 751 – Page 2**